## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC, | § |
| | § |
| Plaintiff, | §   CIVIL ACTION NO. 2:18-CV-00046-JRG |
| | § |
| v. | § |
| | § |
| MCAFEE, LLC, | § |
| | § |
| Defendant. | § |

## ORDER

Before the Court is Plaintiff Implicit, LLC's Motion to Dismiss (Dkt. No. 13), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(2). Having considered the Motion to Dismiss, the Court finds that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that Plaintiff's claims against Defendant McAfee, LLC are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 10th day of April, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE